IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSEPH W. CRAWMER, <br><br> Plaintiff, <br><br> v. <br><br> SHANE NELSON et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br><br> Case No. 2:19-CV-658 TC <br><br> District Judge Tena Campbell |

Plaintiff, Joseph W. Crawmer, has filed a civil rights complaint.[1] On October 8, 2019, the Court ordered Plaintiff to, within thirty days, pay an initial partial filing fee of $120.57.[2] Plaintiff has not fully complied. Further, the Court's most recent order was returned to sender, marked, "on parole – no forward."

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed without prejudice.

DATED this 11th day of December, 2019.

BY THE COURT:

*(signed)* Tena Campbell
TENA CAMPBELL
United States District Judge

---

[1] *See* 42 U.S.C.S. § 1983 (2019).
[2] *See* 28 *id.* § 1915.